## BELL v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 17, September Term, 1960.]

*Decided October 13, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Judge Tucker's opinion in the Criminal Court of Baltimore deals fully and adequately with all of the contentions of the applicant, a substantial part of which was adjudicated finally in *Bell v. Warden,* 218 Md. 666, 146 A. 2d 56. For the reasons stated by Judge Tucker for denying the relief sought, the application for leave to appeal is denied.

*Application denied.*

## GREEN v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 18, September Term, 1960.]

*Decided October 13, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

For the reasons stated by Judge Manley for dismissing the petition, the application for leave to appeal is denied.

*Application denied.*